UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                            :    Case No.:    15-31758
 Brian G. Fluellen                                :
                                                  :    Adv. No.:    _____
                                                  :
                                                  :    Judge:       Sherwood
            Debtor (s),                           :
_____           :    Chapter:         13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable    John K. Sherwood    , United States Bankruptcy Judge.

**Reason for Hearing:**    Certification in Opposition to Certification of Default of Standing Trustee, re: Debtors Failure to Sell or Refinance Real Property

**Location of Hearing:**    Courtroom No.  3D
    US BANKRUPTCY COURT
    50 WALNUT STREET, 3RD FL
    NEWARK, NJ 07102

**Date and Time:**    September 22, 2016 @ 9:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED        ____ ARE NOT REQUIRED

DATED:    August 16, 2016            JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  August 16 , 20 16  the foregoing notice was served on the following:    Debtor, Debtor's Attorney, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-31758-JKS
Brian G. Fluellen                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1              Date Rcvd: Aug 16, 2016
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db              Brian G. Fluellen,    PSC 80 Box 11126,    APO, AP  96367-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    PNC BANK, N.A. NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven D. Pertuz    on behalf of Debtor Brian G. Fluellen pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
                                                                                             TOTAL: 4