UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

Order Filed on January 8, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN G. FLUELLEN

Case No.:  15-31758

Chapter:  13

Judge:  JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/30/17_____ :

Property:     32 Richard Street, Jersey City, NJ 07305

Creditor:     PNC Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Brian G. Fluellen_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/8/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2