UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

| In Re: | |
|---|---|
| BRIAN G. FLUELLEN | Case No.: _____15-31758_____ |
| | Judge: _____JKS_____ |
| | Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____ , at _____ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☒ Certification of Default filed by _____Chapter 13 Trustee_____ ,

I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

My attorney received notice that myservicer is changing and a new application
may be needed to submit to the new mortgage servicer.  I have obtained updated
proof of income and an application to extend Loss Mitigation shall be filed prior
to any hearing date.

3.       This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.       I certify under penalty of perjury that the above is true.


Date: 11/20/18 _____          /s/ Brian G. Fluellen_____
                                                    Debtor's Signature

Date: _____          _____
                                                    Debtor's Signature


**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
         13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
         opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
         Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
         Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
         Default.

*rev.8/1/15*