**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    BRIAN G. FLUELLEN

**Order Filed on June 18, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  15-31758 JKS**

**Hearing Date:  6/13/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 18, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  BRIAN G. FLUELLEN

Case No.:  15-31758

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/13/2019 on notice to STEVEN D. PERTUZ,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

▪   ORDERED, that the Debtor(s) must file a Loss Mitigation Program extension by 6/20/2019 or the case will

be dismissed; and it is further

▪   ORDERED, that if the Court's Docket does not reflect that a Loss Mitigation Program extension has been

filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or

Debtor's Attorney.