Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 15−31758−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian G. Fluellen
   PSC 80 Box 11126
   APO, AP 96367−0014

Social Security No.:
   xxx−xx−3568

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/19 at 10:00 AM

to consider and act upon the following:

*98* – Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 6/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Pertuz, Steven)

*99* – Certification in Opposition to (related document:98 Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 6/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian G. Fluellen) filed by Stuart H. West on behalf of EMC Mortgage LLC. (Attachments: # 1 Certificate of Service) (West, Stuart)

Dated: 6/25/19

          Jeanne Naughton
          Clerk, U.S. Bankruptcy Court