Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31758−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Brian G. Fluellen
 PSC 80 Box 11126
 APO, AP 96367−0014

Social Security No.:
 xxx−xx−3568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/19 at 10:00 AM

to consider and act upon the following:

*98* − Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 6/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Pertuz, Steven)

*99* − Certification in Opposition to (related document:98 Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 6/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian G. Fluellen) filed by Stuart H. West on behalf of EMC Mortgage LLC. (Attachments: # 1 Certificate of Service) (West, Stuart)

Dated: 6/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-31758-JKS
Brian G. Fluellen                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jun 25, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db              Brian G. Fluellen,    PSC 80 Box 11126,    APO, AP  96367-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    PNC BANK, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    EMC Mortgage LLC dnj@pbslaw.org
              Steven D. Pertuz    on behalf of Debtor Brian G. Fluellen pertuzlaw@verizon.net, G16461@notify.cincompass.com
              Stuart H. West    on behalf of Creditor    EMC Mortgage LLC swest@pbslaw.org
                                                                                              TOTAL: 8