Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31758−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian G. Fluellen
  PSC 80 Box 11126
  APO, AP 96367−0014

Social Security No.:
  xxx−xx−3568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*114* − Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 2/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Pertuz, Steven)

*115* − Certification in Opposition to (related document:114 Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 2/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian G. Fluellen) filed by Stuart H. West on behalf of EMC Mortgage LLC. (Attachments: # 1 Certificate of Service) (West, Stuart)

Dated: 2/4/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court