Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31758−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian G. Fluellen
   PSC 80 Box 11126
   APO, AP 96367−0014

Social Security No.:
   xxx−xx−3568

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*114* − Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 2/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Pertuz, Steven)

*115* − Certification in Opposition to (related document:114 Application for Extension of Loss Mitigation Period. Filed by Steven D. Pertuz on behalf of Brian G. Fluellen. Objection deadline is 2/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian G. Fluellen) filed by Stuart H. West on behalf of EMC Mortgage LLC. (Attachments: # 1 Certificate of Service) (West, Stuart)

Dated: 2/4/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Brian G. Fluellen  
    Debtor

Case No. 15-31758-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 04, 2020  
                 Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.  
db          Brian G. Fluellen,   PSC 80 Box 11126,   APO, AP  96367-0014  
cr         +EMC Mortgage LLC,   c/o Rushmore Loan Management Services,   PO Box 55004,  
           Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2020 at the address(es) listed below:  
      Alexandra T. Garcia   on behalf of Creditor   PNC BANK, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Kevin Gordon McDonald   on behalf of Creditor   PNC Bank, National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Robert P. Saltzman   on behalf of Creditor   EMC Mortgage LLC dnj@pbslaw.org  
      Steven D. Pertuz   on behalf of Debtor Brian G. Fluellen pertuzlaw@verizon.net, G16461@notify.cincompass.com  
      Stuart H. West   on behalf of Creditor   EMC Mortgage LLC swest@pbslaw.org  
                                    TOTAL: 8