Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 15−31758−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian G. Fluellen
   PSC 80 Box 11126
   APO, AP 96367−0014

Social Security No.:
   xxx−xx−3568

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 30, 2020
JAN: zlh

                                                              Jeanne Naughton
                                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 15-31758-JKS
Brian G. Fluellen                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2         Date Rcvd: Mar 30, 2020
                              Form ID: 148               Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db              Brian G. Fluellen,    PSC 80 Box 11126,    APO, AP 96367-0014
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
cr             +EMC Mortgage LLC,    c/o Rushmore Loan Management Services,    PO Box 55004,
                 Irvine, CA 92619-5004
515857908       Colleen Hirst, Esq.,    KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                 Westmont, NJ 08108-2812
517960541       EMC Mortgage LLC,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
517960542      +EMC Mortgage LLC,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708,    EMC Mortgage LLC,    c/o Rushmore Loan Management Services 92619-2708
515857909       Hudson County Sheriff,    Foreclosure Unit Administration Building,    595 Newark Ave,
                 Jersey City, NJ 07306-2394
515902792       Kerri A. Barrera,    8730 Loon Ct,    San Antonio, TX 78245-1399
515902793       Lullita Fluellen,    32 Richard St,    Jersey City, NJ 07305-4105
515857910       National City Mortgage Corp.,    c/o KML Law Group, P.C,    216 Haddon Ave Ste 406,
                 Westmont, NJ 08108-2812
515857911      +PNC Mortgage,    3232 Newmark Dr,    Miamisburg, OH 45342-5433
516082898      +PNC Mortgage, a Division of PNC Bank, N.A.,    3232 Newmark Drive, Attn: Bankruptcy,
                 Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2020 02:26:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2020 02:26:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515902789       EDI: JPMORGANCHASE Mar 31 2020 05:33:00      Chase Bank,    Cardmember Services,    PO Box 15298,
                 Wilmington, DE 19885-0004
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
515902790*      Colleen Hirst, Esq.,    KML Law Group, P.C.,    216 Haddon Ave Ste 406,
                 Westmont, NJ 08108-2812
515902791*      Hudson County Sheriff,    Foreclosure Unit Administration Building,    595 Newark Ave,
                 Jersey City, NJ 07306-2394
515902794*      National City Mortgage Corp.,    c/o KML Law Group, P.C,    216 Haddon Ave Ste 406,
                 Westmont, NJ 08108-2812
515902795*     +PNC Mortgage,    3232 Newmark Dr,    Miamisburg, OH 45342-5433
                                                                                TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    PNC BANK, N.A. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association, successor by merger to
               National City Mortgage, a division of National City Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

Case 15-31758-JKS    Doc 121    Filed 04/01/20    Entered 04/02/20 00:34:48    Desc
Imaged Certificate of Notice    Page 3 of 3

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 30, 2020
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Robert P. Saltzman    on behalf of Creditor   EMC Mortgage LLC dnj@pbslaw.org
        Steven D. Pertuz    on behalf of Debtor Brian G. Fluellen pertuzlaw@verizon.net, G16461@notify.cincompass.com
        Stuart H. West    on behalf of Creditor   EMC Mortgage LLC swest@pbslaw.org
                                                                                                TOTAL: 8