| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   BRIAN G. FLUELLEN |

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-31758

Judge:  JOHN K. SHERWOOD

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 26, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): BRIAN G. FLUELLEN

Case No.: 15-31758

Caption of Order: Order Dismissing Petition

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) to sell or refinance property or complete a loan modification as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

    ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

    Pursuant to [11 U.S.C. Sec. 349(b)](#) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian G. Fluellen  
    Debtor

Case No. 15-31758-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 30, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.  
db         Brian G. Fluellen,    PSC 80 Box 11126,    APO, AP   96367-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    PNC BANK, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association, successor by merger to National City Mortgage, a division of National City Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Robert P. Saltzman    on behalf of Creditor    EMC Mortgage LLC dnj@pbslaw.org  
       Steven D. Pertuz    on behalf of Debtor Brian G. Fluellen pertuzlaw@verizon.net, G16461@notify.cincompass.com  
       Stuart H. West    on behalf of Creditor    EMC Mortgage LLC swest@pbslaw.org

                                                        TOTAL: 8